**YOUNG v. MASTROM, INC.**

[346 N.C. 167 (1997)]

DAVID A. YOUNG v. MASTROM, INC.

---

JOHN R. BEITH v. MASTROM, INC.

---

MASTROM, INC. v. C. DAVID CARPENTER

No. 365PA96

(Filed 9 May 1997)

On discretionary review pursuant to N.C.G.S. § 7A-31 of a unanimous, unpublished decision of the Court of Appeals, 123 N.C. App. 162, 472 S.E.2d 610 (1996), dismissing Mastrom, Inc.'s appeal from orders entered by Burris, J., in District and Superior Courts, Moore County. Heard in the Supreme Court 16 April 1997.

*Brown & Robbins, L.L.P., by P. Wayne Robbins and Carol M. White, for Mastrom, Inc. (plaintiff and defendant), appellant.*

*Bruce T. Cunningham, Jr., for David A. Young (plaintiff), John R. Beith (plaintiff), and C. David Carpenter (defendant), appellees.*

PER CURIAM.

DISCRETIONARY REVIEW IMPROVIDENTLY ALLOWED.